JOHN F. GABRIEL, Doing Business under the Name and Style of NIEDERSTEIN's RESTAURANT, Appellant, v. NIEDERSTEIN's RESTAURANT, INC., and Others, Respondents.— Motion to resettle order granted; order resettled by striking out the words " Stay continued for thirty days to enable appellant 'to apply to the Court of Appeals " and by inserting in place thereof the following: " Stay continued until the granting or final refusal of appellant's application to the Court of Appeals for leave to appeal to the Court of Appeals." Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

FILOMENA HAMEL, Respondent, v. NICOLA D'ANDREA, Appellant.— Motion to extend time to move for reargument denied. · Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ERNEST HUNNINGHAUS, Appellant, v. ADAM SCHMITT, Individually and as Business Agent of Bakers' Union Number 3 of Brooklyn and Queens, Amalgamated Food Workers and Others, etc., Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of A. P. M. HOLDING CORPORATION, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Premises on the Southerly Side of One Hundred and Fifteenth Avenue (Vistula Avenue) between One Hundred and Thirtieth Street and One Hundred and Thirty-first Street, South Ozone Park, for a School Site. In the Matter of the Application of COMBRO REALTY CORPORATION for the Payment of the Award to Damage Parcel No. 2.— Matter referred to an official referee to hear and to report. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of FRANK G. WILD and the TITLE GUARANTEE AND TRUST COMPANY, Appellants, to Render and Settle Their Accounts as Trustees under the Will of GEORGE H. COUTTS, Late of the County of Kings, Deceased, for CAROLINE S. COUTTS, against JAMES P. JUDGE, as Special Guardian for JAMES C. PRYOR, JR., a Minor, and Others, Respondents.— Motion for leave to omit certain matter from printed record granted on consent. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of HARRY FREIBERGER to DANIEL F. NEWMAN, Appellant; LAX & BURGHEIMER CORPORATION, Respondent.— Motion for stay granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.